|   | For Clerk's Office Use |   |
|---|---|---|
| Judge | Recd Date | Grv. |

For use by inmates in filing a complaint under **CIVIL RIGHTS ACT, 42 USC §1983**

**INMATE NAME:** David Meyers

**PRISONER NO.:** 1039777

**PLACE OF CONFINEMENT:** Red Onion State Prison

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
FEB 01 2018
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

David Meyers
Enter Full Name    Plaintiff

VS.

CIVIL ACTION NO. 7:18-CV-0051

J.D. Bentley, Sgt. J.B. Hall, J. Fannin, M.L. Counts, Walter Swiney, C.R. Stanley, F. Stanley, A. Clevinger, Officer Stanley Jr., Officer Wells, Sgt. Williams, C. Stallard, Geraldine Baker, Back, Officer Gwen, Major Tate, Captain D. Still, Captain Blevins, Officer McCowan, J.B. Messer, S. Gearheart, T. Dotson, R. Officer Lewis, J. Fannin, Sgt. Meade, Marcus Elam, A. David Robinson, Paul Haymes, Harley Ponton, S. Bryan, Curtis Parr, P. Sykes, J. Gibson, J. Artrip, Dr. Edward Barksys, Karen Stapleton, Officer Stanley, J. Bledsoe, Dr. Fox, C. Dickenson, Officer Atwell, Officer Bentley
Enter Full Name(s) Defendant(s)

A. Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

\_\_\_\_ Yes      X  No

B. If your answer to A is Yes, describe the action in the space below.

1. Parties to the Action: _____

2. Court: _____

3. Docket No.: _____

4. Judge: _____

5. Disposition: _____

(For example, is the case still pending? If not, what was the ruling? Was the case appealed?)

C. Have you filed any grievances regarding the facts of your complaint?

Yes  X       No _____

1. If your answer is Yes, complete the enclosed verified statement, indicating the result. Please attach evidence of your exhaustion of all available grievance procedures.
Verified Statement Will Be Forwarded Once Obtained From Law Librarian C. Rabtree

2. If your answer is No, indicate the reason for failure to exhaust on the verified statement. You may be required to exhaust your claims through any applicable grievance procedures. Your complaint may be dismissed if you fail to exhaust all avenues of the grievance process in a timely fashion.

Plaintiff Is Serious Imminent Danger Of Being Seriously Injured And Murdered.
Claim X - The Defendants Are Continuing To House Me In Red Onion State Prison Protective Custody Unit with Offender J. Ruwben 1045299 That Has Been Making Threats To Rape Me And Housing Me With Offender W. Thomas Who Made Threats To Kill Me 3 Times On 08/18/2017. I Filed A PREA Sexual Abuse Complaint On Officer Duncan, Officer Coiley And Ruwben Bush And Fannin Retaliated.

D. Statement of Claim - State here briefly the facts of your case. Describe what action(s) each defendant took in violation of your constitutional rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. Use as much space as needed. You may attach extra paper if necessary. All The Defendants Refused To Cease Retaliations - This Is A 8th Amendment U.S. Constitution Claim; Plaintiff Is In Serious Imminent Danger.

Claim #1 - Supporting Facts - Tell your story briefly without citing cases or law. Defendants Continue To Embezzle Funds From The Defendants And Counselor P. Sykes Refused To Print Out 12 And 6 Month Prison Account Court Ordered Statements Not Allowed Me To Return Consent To Collection Of Fee's Form And PLRA Forms To U.S. District Court Roanoke Division, Richmond Division, And U.S. Court Of Appeals Violating My Civil Rights And Interfering With The Courts Receiving The Above Forms Thus The Defendants Committed Obstruction Of Justice And Violated 18 USCA Section 1570 And Violated My First Amendment Rights By Suppressing My Speech. They Intercepted And Tampered With Several 1983 Civil Actions That Were Sent To U.S. District Court To Avoid Civil Liability For Their Misconduct And Had U.S. Postal Service In Wise VA Return Several Outgoing Legal Letters

Claim #2 - Supporting Facts - Tell your story briefly without citing cases or law. F. Stanley Is Holding Returned Legal Mail From My Arrival At ROSP For Case 7:16cv00573 Protective Custody Housing The Employees And Defendants Witness Swipey And Named Committed Reprisals, Revenge And Retaliations For My 2 Prior PREA Sexual Abuse Complaints Filed On GROC Employees Wang, Laurence And G. Terry. I Was Transferred To Red Onion State Prison Were My Walker And Prosthetics Walking Cane, Eye Patch, Eyeglasses, Sunglasses, Back, 2 Knee, And Wrist Braces Are Not Allowed. Dr. Edward Boakye, RNCB J. Bledsoe, Dr. Fox And C. Dickenson Had Dr. Huang Falsify My X-RAY Impressions Of My 9 Gunshot Wound Injuries To My Thighs, Hip, Left Hand, Bullet Lodged In My Chest And 2 Gunshot Wounds To Right Rib, Right Knee, Hip, Feet, Back, Neck, Head Injury From Car Collision.

Claim #3 - Supporting Facts - Tell your story briefly without citing cases or law. The Defendants Are Denying Me Medical; Keith Davis, CLS Manager Of VADOC And Assistant Attorney General Mary Miller Had Me Transferred To Red Onion State Prison So Employees Could Retaliate On Me, Attempt To Murder Me, Embezzle Funds From My Trust Account Thru Disciplinary Hearings Conducted In Bad Faith As Retaliation And M.L. Counts And J. Gisel Denied Me All Due Process Rights In The Hearings Falsely Filed To Protect Employees Who Sexual Assaulted Me; Gave Me Orders To Commit Suicide And Kill Myself And Having A Highlighter That Law Librarian Crabtree Allowed Me To Use Pursuant To Clerk Patricia Connor U.S. Court Of Appeals Order To Seal My Case. E. Stanley, Officer Gwen Strangled Me While I Was Handcuffed From Behind, Officer Duncan Sexual Assaulted Me

E. State what relief you seek from the Court. Make no legal arguments, cite no cases or statutes.

$889,000.00 General And Compensatory Damages, 100,000.00 Punitive Damages For Breaching Protective Custody Protocol By Causing Me Injuries To My Head, Back And Taking My Walker From Me Confining Me To A Wheelchair For 6 Months Causing To Lose Permanent Use And Strength In My Legs That I Am Disabled In, In Which I Need My Walker To Stand And Walk With. I Want Injunctive Relief Of A Transfer And All Defendants Terminated From DOC.

SIGNED THIS 29th DAY OF January, 2018.

Mr. David Meyers 1039777, Red Onion State Prison
P.O. Box 970, Pound Virginia 24279
(Signature of Each Plaintiff)

**VERIFICATION:**

I, David Meyers, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 USC §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, three or more occasions, while incarcerated, brought an action or appeal in federal court that are dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of filing fees.

I declare under penalty of perjury the foregoing to be true and correct.

DATED: January 29th 2018 SIGNED: David Meyers

Claim #4 - Defendants Refuse To Provide Plaintiff With Physical Therapy And Have Seized And Re-Taken My Walker. They Have Walker Phobia Disease And They Refuse To Give Me My Walker And Walking Cane, Eye Patch, Eyeglasses, Back, 2 Knee Braces, And Wrist Braces That Aid Me In Standing And Support My Injured Areas. They Obtained My Medical Records From Public Physicians From Me By Extortionate Threats To Take Their Wheelchair Too And Make Me Crawl To Get A Round. They Refused To Order The Eyeglasses VCU-MCV Orthomologist Ordered For Me After Officer L. Kai Mullins Stabbed Me In My Eye. They Refuse To Let A Neurologist, Chiropractor, Physical Therapist And Bone Specialist Treat Or Examine Me. J. Bledsoe, C. Stallard, Dr. Fox, Dr. Boakye, C. Dickenson Refuse To Treat Me For Coughing Up Blood, Crohn's Disease.

Clerk Julia C. Dudley
United States District Court
for Western District of Virginia
210 Franklin Road, SW, Suite 540
Roanoke, VA. 24011

David Meyers
#1039777
RED ONION STATE PRISON
10800 H. Jack Rose Highway
P. O. Box 970
Pound, VA 24279-0000

→ A Handwritten Copy Of All Enclosed Attachments Were Mailed To The Director Of The Administration Of United States Courts Because This 1983 Civil Action Was Sent To Clerk Dudley 6 Times. U.S. Court Of Appeal 4th Circuit Chief Deputy Clerk Garcheli Receipted This Notice January 8th, 2018

1st (month) "Re-Submitted January 29th, 2018
→ Due To Red Onion State Prison Defendants Tampering With This Letter Sent To Clerk Dudley, I Have Reported The Tampering To U.S. Postal Service

RE: Submitting Second Of 2 Letters Containing Additional Statement Of Claims And Statement Of Assets, And Declaration In Support Of Request To Proceed In Forma Pauperis For Civil Action Captioned Meyers vs J.D. Bentley, Sgt. J.B. Hall, et al,

Dear Clerk Julia C. Dudley,

Ma'am Enclosed Is Statement Of The Claim IV, And V, And Statement Of Assets And Declaration In Support Of Request To Proceed In Forma Pauperis. This Is The Second Of Two Letters That Were Mailed To You. The First Of Two Letters Contained The 42 USC 1983 Civil Action. The Chief U.S. Ct. Of Appeal Deputy Clerk Was Sent A Prior Copy In June 2017 Due To The First 42 1983 Civil Action You Did Not Receipt. He Stated In His Letter From The United States Court Of Appeals To Re-Send It To You. I Re-Sent You A Copy Of The 42 USC 1983 Civil Action In July 2017. You Still Did Not Receipt It. A Copy Of The 42 USC Civil Action Was Re-Sent To Clerk Patricia Connor In September 2017. Judith Henry Counsel For The Clerk Stated In Her Letter She Would Look Into Why Your Office Is Refusing To Receipt The 42 USC 1983 Civil Action. Is Someone In Your Office Related To The Defendants Or Into A Political Fraternity With The Defendants That Is Intercepting The 42 USC 1983 Suits And Refusing To Log And Let The Honorable Court Be Aware That To This Day I Have Submitted (3) 42 1983 Civil Actions That Has Not Been Docketed And Receipted By The Court. On 11-01-2017 At My Motions Hearings In Circuit Case CL17-627 Meyers vs. Director Harold Clarke Before The Wise County Circuit Court, The Injunctive Relief I Sought Was A Protective Order Against The Defendants, Transfer To Another Protective Custody Unit, Emergency Hospitalization For My Illnesses, 9 Gunshot Wound Injuries And Treatment By A Chiropractor, Neurologist, And Physical Therapist For My Right Knee Injury, Hip, Back, Neck, And Head Injury From Car Accident. I Think Magistrate Judge Robert Ballou And Chief U.S. Judge Glen Conrad Can Resolve This 1983 Civil Action So I Can Be Transferred Where My Prosthetics And Prosthesis Are Allowed And Be Protected.

Sincerely David Meyers, David Meyers,

42 USC § 1983 Action

Clerk Dudley, Please Add This Statement Of Claim With The 1983 Civil Action That Was Sent To You On 01/08/2018

Claim R: J. Farmer, C.R. Stanley, Sgt Meade, Ofc. Gwen And Ofc. Lewis Stole My Final Call And Muhammad Speak Religious Paper

## IV. STATEMENT OF THE CLAIM

Being Denied Right To Practice Religion, Being Denied Protection And Medical Treatment J.D. Bentley And J. Fannin Refused To Investigate Any Of The Zealously Retaliations By Defendants

State here the facts of your case. Describe how each defendant is involved and how you were harmed by their action. Also include the dates, places of events, and constitutional amendments you allege were violated. Head Nurse J. Bledsoe, Dr. Fox, Dr. Boakye And C. Dickenson Had Dr. Huang Of Tele Rad Services Falsify My X-Ray Impressions Of The Fractures To My Nose Caused By Mullins, My 9 Gunshot Wound Injuries, Knee, Back, Neck Injury To Deny Me Public Medical Treatment - Treatment For Coughing Up Blood.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary. The Defendants Have Committed Numerous Retaliations And Acts Of Violence And Crimes On Me. J. Bledsoe And Dr. Fox Refuse To Let Outside Specialist Treat Me For Injuries. Illnesses. On 02/08/2017 Lt. C.R. Stanley Had 2 Subordinate Officers Take My Walker And Wheelchair From Me And Leave Me In D1-120 Without A Plastic C To Assist Me And Caused Me To Fall (And) Strike My Head On Cement Floor Causing Me A Head Trauma. Chief U.S. Judge Glen Conrad And Assistant Attorney General Mary Miller Had VADOC-CCS Manager Keith Dawkins Place Me On Protective Custody Due To Death Threats I Received From Other Offenders, Offender Kaj Mullins Stabbing Me In My Eye And Beating Me With A Combination Lock Fracturing My Nose In 2 Places, And GROC Employee Dr. Laurence Wang Sodomizing Me By Sticking All His Fingers In My Anus At One Time Tearing My Hemmorrhoid Nerve And Anus Causing Me Severe Anus Injury Trauma From The Sexual Assault. VADOC Investigators R. Spots And M. Alvis Covered Up The PREA Complaint And Falsely Allege It Was Unfounded To Avoid Civil Liability. Several Retaliations Have Been Committed By Red Onion State Prison Employees To Intimidate Me And Force Me To Sign Off Protective Custody Assignment Due To Unit Manager Walter Swiney, Lt. C.R. Stanley, Captain D. Still, Major D. Tate And Assistant Warden Artrip And IPM Gallihar Marshalling Subordinate Officer Coffey To Sexual Harass Me On 02-27-2017 And Threaten To Electricute Me To Death If I Didn't Be More Responsive To His Sexual Advances. On 05/01/2017 Officer Gwen And Another Officer Under Orders Of Lt. C.R. Stanley And Unit Manager Walter Swiney Strangled Me Near To Death While I Was Handcuffed From Behind And Stated Nigger Say I Can't Breathe, Say It, Mocking The NYPD Officers Who Choked (Choked Eric Gardner To Death). This Caused Me Permanent Damage In My Neck. Ofc. Gwen Returned To My Cell D3-310 After Moving Me From D3-306 After The Strangulation And Attempted Murder, And Opened D3-Cell 310 Tray Slot And Poured My Scalding Hot Lunch Meal Down Onto My Face Scalding Me, And Drop The Plastic Tray On To My Face And Said Eat This Too Nigger. Lt. C. Stanley Confiscated My Walker Depriving Me Of My Liberty To Stand And Walk With My Walker, And Dr. Edward Boakye, Major D. Tate And Assistant Warden Artrip Confined Me To A Wheelchair. Due To Being In Wheelchair For 6 Months Not Able To Stand And Walk, I Loss Use Of My Legs And Strength To Now Stand And Walk On Walker. This Violated My 4th And 8th Amendment U.S. Constitution Rights To Liberty And Cruel And Unusual Punishment And Deprived Me Of Safety After Chief U.S. Judge Glen Conrad And Assistant Attorney General Mary Miller Had Keith Dawkins Transfer Me To Protective Custody Unit At ROSP. Unit Manager W. Swiney And Grievance Coordinator Curtis Parr Made Death Threats To Me That All The Killing They Did If They Want Me Dead, You Dead And That If They Want Me Dead They'll Hire A Inmate With Triple Life To Kill Me. This Threat Happened On 06/19/2017. The Mail Clerks F. Stanley, S. Blench, And A. Clevinger Have Been Embezzling Funds From My Prison Account Under Fraudulent Postage Rates Not Authorized By U.S. Postal Service Guidelines. Officer Duncan Sexual Assaulted Me On 11-17-2017. J.D. Bentley And M. Counts Retaliated Filed A False 121 To Protect Duncan And Deny Me PREA Protection And To Force Rape On Me.

42 USC § 1983 Action

## Statement Of Claim V.

David Meyers
#1039777
RED ONION STATE PRISON
10800 H. Jack Rose Highway
P. O. Box 970
Pound, VA 24279-0000

Statement Of Claim V.

Statement Of Claim V: Ms. Stanley Holding Refused Legal Mail-Mail. J. Messer Obstructed Grievances I Filed J. Bledsoe And Dr. Fox And C. Dickenson Refuse To Let Outside Doctors Treat Me For 9 Gunshot Injuries, Car Injuries And Illness. Hearings Officer M. L. Counts Is Conducting Revenge And Retaliation Hearings ROSP2017-1591 To Embezzle Funds From My Prison Account And After She Conducted The Revenge And Retaliation Hearing ROSP2017-1429 In Which Lt. C. Stanley Retaliated On Me Because Of Grievance ROSP17INF02231 (ROSP17INF02231 Filed On Officer Duncan Making Extortion Threats To Me To Pay Him 1,000.00) And Lt. C. Stanley Refusing To Give Me Officer Duncan Name, And Lt. Stanley Refused To Protect Me Under Protective Custody Status Provisions From Officer Duncan Assaulting Me By Striking Me Across My Shoulders After I Reported Officer Duncan Making Extortion Threats To Me. Lt. Stanley Ordered Me To Commit Suicide And Kill Myself By Falling Face Forward Out My Wheelchair On 11-08-2017. Lt. Stanley Then Took Me To CUID3-310 And Made Me Fall Out My Wheelchair And Injured My Back. Officer Stallard Was With Him And They Retaliated On Me Also For Testifying At My Motions Hearings Before Wise County Circuit Court On 11-01-2017 In Case Number CL17-627 Meyers vs. Director Harold Clarke For Injunctive Relief Of A Protective Order Temporary Restraining Order By Immediate Transfer To Another Protective Custody Unit That Can Accommodate Meyers Walker, Walking Cane, Back Brace, 2 Knee Braces, 1 Wrist Brace, 1 Eye Patch, Blown Gallery Eyeglasses And Prostetics Meyers Needs To Assist Him In His Daily Functions Pursuant To Americans With Disabilities Act Of 1990. Meyers Has Loss Use Of His Legs Do To Lt. Stanley Negligently Taking His Walker And J. Farmer Confiscating The Walking Cane And Eyeglasses And Other Prosthesis. Meyers Is Adjudged By The Social Security Administration Administrative Law Judge As Blind Visual Impairment And Disabled From Leg, Back, Neck, And Head Injuries. The Defendant Lt. Stanley Is Seriously Trying To Injure Plaintiff By Forcing Plaintiff To Fall And Strike His Head As He Did On 02/08/2017. M. Counts Is Denying Me Due Process Rights At The Retaliation Disciplinary Hearings. J. Bledsoe And D. Tate Have Housed Me In A Suicide Watch Cell For The Last 169 Days Without Outdoor Recreation And Cell Temperature Is Below Freezing Worsening My Arthritis In Injured Limbs. To Kill Me.

Mr David Meyers 1039777
Red Onion State Prison
P.O. Box 970
Pound, Virginia 24279

LEGAL MAIL...

VA DOC HAS NEITHER CENSORED OR
INSPECTED THIS ITEM THIS DEPARTMENT
DOES NOT ASSUME ANY RESPONSIBILITY
FOR ITS CONTENTS

RECEIVED
JAN 30 2018
MAILROOM

Julia C. Dudley, Clerk of Court
U.S. Magistrate Judge Robert Ballou
Chief U.S. Judge Glen Conrad
United States District Court
Western District of Virginia
Office of The Clerk
210 Franklin Road, SW, Suite 540
Roanoke, Virginia 24011-2208

24011-220840